IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00061-MSK-BNB

SARA K. SHIPLEY,

Plaintiff,

v.

STATE OF COLORADO, COLORADO DEPARTMENT OF PUBLIC SAFETY,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendants' Notice of Withdrawal of Motion to Compel Plaintiff to Provide Disclosure Pursuant to F.R.C.P. 26(a)(1)(C) and to Respond to Defendants' First Set of Discovery Requests** (the "Motion"), filed on July 26, 2005.

     IT IS ORDERED that the Motion is GRANTED.

     IT IS FURTHER ORDERED that the Motion to Compel (docket entry no. 25), is DENIED AS MOOT, and the hearing set for July 29, 2005, is VACATED.

DATED: July 27, 2005