IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00061-MSK-BNB

SARA K. SHIPLEY,

    Plaintiff,

v.

STATE OF COLORADO, COLORADO DEPARTMENT OF PUBLIC SAFETY,

    Defendant.
_____

## ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER, coming before the Court on the parties' Joint Stipulation for Dismissal with Prejudice **(#36)** and it appearing to the Court that the same should be granted,

IT IS HEREBY ORDERED that the Stipulation of Dismissal with Prejudice is granted, with each party responsible for bearing its own costs and attorneys' fees.

DATED this 28th day of September, 2005.

                **BY THE COURT:**

                *[signature: Marcia S. Krieger]*
                _____

                Marcia S. Krieger
                United States District Judge